UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSICA SHERMAN, | ) | No. CV 08-1889-RC |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

    IT IS ADJUDGED that Judgment shall be entered in favor of defendant.

DATED: February 8, 2010      /S/ ROSALYN M. CHAPMAN
                                      ROSALYN M. CHAPMAN
                                      UNITED STATES MAGISTRATE JUDGE

R&R-MDO\08-1889.jud
2/8/10